ACCEPTED
01-14-00738-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/30/2015 5:12:32 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00738-CR**
**No. 01-14-00739-CR**

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/30/2015 5:12:32 PM

CHRISTOPHER A. PRINE
Clerk

──────── ◆ ────────

**No. 1383989**
**No. 1383990**
In the 338th District Court
Harris County, Texas

──────── ◆ ────────

WILLIAM HORHN
*Appellant*

v.

THE STATE OF TEXAS
*Appellee*

──────── ◆ ────────

STATE'S SECOND MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

──────── ◆ ────────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 338th District Court of Harris County, Texas, on August 27, 2014, in cause number 1383989, the Appellant was convicted in **The State of Texas v. William Columbus Horhn.**

2. For the offense of debit card abuse, Appellant was sentenced to sixth months in state jail.

3. In the 338th District Court of Harris County, Texas, on August 27, 2014, in cause number 1383990, the Appellant was convicted in **The State of Texas v. William Columbus Horhn.**

4. For the offense of fraudulent use of identifying information, Appellant was sentenced to twenty years in prison.

5. Written notices of appeal were timely filed on August 27, 2014.

6. The Appellant's brief was filed with this Court on February 23, 2015.

7. The State's brief was due to be filed with this Court on April 30, 2015.

8. An extension of time in which to file the State's brief is requested until May 26, 2015.

8. One previous extension of time has been granted to the State.

9. The facts relied upon to explain the need for this extension are:

With his numerous duties as Chief of the Appellate Division, the undersigned assistant district attorney has needed some additional time in order to respond to the appellant's brief in this case.

WHEREFORE, the State prays that this Court will grant an extension of time until May 26, 2015, in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following addresses on April 30, 2015:

Mark Kratovil
Attorney at Law
1201 Franklin Street, 13th Floor
Houston, Texas  77002

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date:  April 30, 2015